UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONTREZ IVELL DENNIS JACKSON,<br><br>                Plaintiff,<br>    v.<br><br>THE KROGER CO. et al,<br><br>                Defendants. | CASE NO. 2:24-cv-02128-LK<br><br>ORDER DISMISSING<br>DEFENDANT METRO ONE |

This matter comes before the Court on the parties' stipulation to dismiss Defendant Metro One from this action. Dkt. No. 80. Pursuant to their stipulated agreement, all claims against Metro One are dismissed with prejudice and without an award of costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 19th day of May, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER DISMISSING DEFENDANT METRO ONE - 1