UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONTREZ IVELL DENNIS JACKSON,<br><br>                   Plaintiff,<br>    v.<br><br>THE KROGER CO. et al,<br><br>                   Defendants. | CASE NO. 2:24-cv-02128-LK<br><br>ORDER DISMISSING CASE |

    This matter comes before the Court on the parties' amended stipulation to dismiss Mr. Jackson's claims against all Defendants. Dkt. No. 82. Pursuant to their stipulated agreement, this action is dismissed with prejudice and without an award of costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

    Dated this 10th day of June, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER DISMISSING CASE - 1